UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JD1, JD2, and JD3,

              Plaintiffs,                        <u>**ANSWER**</u>

-vs-                                      Civil Action No. 21-cv-00521

CANISIUS COLLEGE,               <u>**JURY TRIAL DEMANDED**</u>
NATHAN HUCKLE,
WILLIAM MAHER, and
DONOVAN GLAVIN,

              Defendants.
_____

      Defendant, DONOVAN GLAVIN ("Defendant"), by and through his attorneys, CONNORS LLP, hereby responds to the Complaint of Plaintiffs, JD1, JD2, and JD3 ("Plaintiffs"), in like-numbered paragraphs as follows:

<u>**AS TO THE PARTIES**</u>

      1.    Defendant states that the allegations contained in Paragraph 1 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of the Complaint.

      2.    Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of the Complaint.

      3.    Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of the Complaint.

      4.    Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of the Complaint.

      5.    Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 of the Complaint.

6. Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of the Complaint.

7. Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of the Complaint.

8. Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of the Complaint.

9. Defendant states that the allegations in Paragraph 9 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conducted contained therein insofar as it pertains to Defendant, and denies knowledge and information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 9 of the Complaint.

10. Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of the Complaint.

11. Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of the Complaint.

12. Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 of the Complaint.

13. Defendant admits that Defendant was a student at Canisius College from August 2016 to August 2018, and denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 of the Complaint.

## AS TO JURISDICTION AND VENUE

14. Defendant states that the allegations contained in Paragraph 14 of the Complaint consist of legal conclusions to which no responsive pleading is required, and otherwise denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant.

15. Defendant states that the allegations contained in Paragraph 15 of the Complaint consist of legal conclusions to which no responsive pleading is required,

and otherwise denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant.

16.     Defendant states that the allegations contained in Paragraph 16 of the Complaint consist of legal conclusions to which no responsive pleading is required, and to the extent a response is required, denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant.

17.     Defendant states that the allegations contained in Paragraph 17 of the Complaint consist of legal conclusions to which no responsive pleading is required, and to the extent a response is required, denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant.

18.     Defendant states that the allegations contained in Paragraph 18 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant.

19.     Defendant admits that Defendant was a student at Canisius College and denies knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 19 of the Complaint.

20.     Defendant states that the allegations contained in Paragraph 20 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and denies knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 20 of the Complaint.

21.     Defendant states that the allegations contained in Paragraph 21 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and denies knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 21 of the Complaint.

22.     Defendant states that the allegations contained in Paragraph 22 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and denies knowledge and information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 22 of the Complaint.

23.     Defendant admits that Defendant was a student at Canisius College and was removed from the Cross-Country/Track and Field Team at Canisius College, and denies the remaining allegations contained in Paragraph 23 of the Complaint.

24.     Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 of the Complaint.

25.     Defendant states that the allegations contained in Paragraph 25 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations contained in Paragraph 25 of the Complaint insofar as they pertain to Defendant.

## AS TO THE ALLEGATIONS OF "DISCRIMINATION, HARASSMENT, AND SEXUAL ASSAULT AGAINST FEMALE ATHLETES ON THE CANISIUS CROSS-COUNTRY/TRACK AND FIELD TEAM"

26.     Defendant states that the allegations contained in Paragraph 26 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct insofar as it pertains to Defendant and denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 of the Complaint.

27.     Defendant states that the allegations contained in Paragraph 27 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct insofar as it pertains to Defendant and denies

knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 of the Complaint.

28.     Defendant admits there were men and women on the Canisius College Cross-County/Track and Field Team coached by Nathan Huckle, and denies knowledge and information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 28 of the Complaint.

29.     Defendant denies the allegations and inferences of unlawful conduct contained within Paragraph 29 of the Complaint insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 of the Complaint.

30.     Defendant denies knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 30 of the Complaint.

31.     Defendant denies knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 31 of the Complaint.

32.     Defendant denies knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 32 of the Complaint.

33.     Defendant denies knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 33 of the Complaint.

34.     Defendant denies knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 34 of the Complaint.

35.     Defendant admits that the male athletes wore Nike apparel and the women did not, and otherwise denies knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 35 of the Complaint.

36.     Defendant denies knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 36 of the Complaint.

37.     Defendant denies knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 37 of the Complaint.

38.     Defendant states that the allegations contained in Paragraph 38 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies knowledge and

information sufficient to form a belief as to the allegations contained in Paragraph 38 of the Complaint.

39.     Defendant denies knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 39 of the Complaint.

40.     Defendant denies knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 40 of the Complaint.

41.     Defendant denies knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 41 of the Complaint.

42.     Defendant states that the allegations contained in Paragraph 42 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant.

43.     Defendant denies the allegations contained in Paragraph 43 of the Complaint insofar as they pertain to Defendant.

44.     Defendant denies knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 44 of the Complaint and denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant.

45.     Defendant denies knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 45 of the Complaint and denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant.

46.     Defendant denies the allegations contained in Paragraph 46 of the Complaint insofar as they pertain to Defendant and denies knowledge and information sufficient to form a belief as to the remainder of the allegations therein.

47.     Defendant denies knowledge and information sufficient to form a belief as to the allegations contained in Paragraph 47 of the Complaint.

48.     Defendant denies the allegations contained in Paragraph 48 of the Complaint insofar as they pertain to Defendant and denies knowledge and

information sufficient to form a belief as to the truth of the remainder of the allegations therein.

49.    Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 of the Complaint.

50.    Defendant states that the allegations contained in Paragraph 50 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant.

51.    Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 51 of the Complaint insofar as they pertain to Defendant, and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations contained therein.

52.    Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 52 of the Complaint insofar as they pertain to Defendant, and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations contained therein.

53.    Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 53 of the Complaint insofar as they pertain to Defendant, and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations contained therein.

54.    Defendant denies the allegations contained in Paragraph 54 of the Complaint.

55.    Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 55 of the Complaint insofar as they pertain to Defendant, and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations contained therein.

56.    Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 56 of the Complaint insofar as they pertain to Defendant,

and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations contained therein.

57.    Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 57 of the Complaint insofar as they pertain to Defendant, and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations contained therein.

58.    Defendant denies the allegations contained in Paragraph 58 of the Complaint.

59.    Defendant states that the allegations contained in Paragraph 59 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 59 of the Complaint insofar as they pertain to Defendant, and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations contained therein.

60.    Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 60 of the Complaint insofar as they pertain to Defendant, and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations contained therein.

61.    Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 61 of the Complaint insofar as they pertain to Defendant, and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations contained therein.

62.    Defendant denies the allegations contained in Paragraph 62 of the Complaint.

63.    Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 63 of the Complaint insofar as they pertain to Defendant, and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations contained therein.

64.    Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 64 of the Complaint insofar as they pertain to Defendant,

and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations contained therein.

65.     Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 of the Complaint.

66.     Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 66 of the Complaint insofar as they pertain to Defendant, and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations contained therein.

67.     Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 67 of the Complaint insofar as they pertain to Defendant, and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations contained therein.

68.     Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 68 of the Complaint insofar as they pertain to Defendant, and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations contained therein.

69.     Defendant denies the allegations contained in Paragraph 69 of the Complaint.

70.     Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 70 of the Complaint insofar as they pertain to Defendant, and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations contained therein.

71.     Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 71 of the Complaint insofar as they pertain to Defendant, and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations therein.

72.     Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 72 of the Complaint insofar as they pertain to Defendant, and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations therein.

73.     Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 73 of the Complaint insofar as they pertain to Defendant, and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations therein.

74.     Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 74 of the Complaint insofar as they pertain to Defendant, and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations therein.

75.     Defendant states that the allegations contained in Paragraph 75 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, denies the allegations and inferences on unlawful conduct contained in Paragraph 75 of the Complaint insofar as they pertain to Defendant, and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations therein.

76.     Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 76 of the Complaint insofar as they pertain to Defendant, and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations therein.

77.     Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 77 of the Complaint insofar as they pertain to Defendant, and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations therein.

78.     Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 78 of the Complaint insofar as they pertain to Defendant, and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations therein.

79.     Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 of the Complaint.

80.     Defendant admits Defendant was removed from the Cross-Country/Track and Field Team and was not expelled from school, and denies the remaining allegations contained in Paragraph 80 of the Complaint.

81.     Defendant denies that Defendant continued to train with the team, denies the allegations and inferences of unlawful conduct contained in Paragraph 81 of the Complaint insofar as they pertain to Defendant and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations therein.

## AS TO THE ALLEGATIONS CONCERNING RETALIATION

82.     Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 82 of the Complaint insofar as they pertain to Defendant and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations therein.

83.     Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 of the Complaint.

84.     Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 of the Complaint.

85.     Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 85 of the Complaint insofar as they pertain to Defendant and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations therein.

86.     Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 86 of the Complaint.

87.     Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 87 of the Complaint insofar as they pertain to Defendant and denies knowledge and information sufficient to form a belief as to the truth as to the remainder of the allegations therein.

88.     Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 88 of the Complaint insofar as they pertain to Defendant

and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations therein.

89.     Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 89 of the Complaint insofar as they pertain to Defendant and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations therein.

90.     Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 90 of the Complaint.

91.     Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 91 of the Complaint.

92.     Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 of the Complaint.

## AS TO THE ALLEGATIONS CONCERNING PLAINTIFFS' INJURIES

93.     Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 93 of the Complaint insofar as they pertain to Defendant and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations therein.

94.     Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 94 of the Complaint insofar as they pertain to Defendant and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations therein.

95.     Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 95 of the Complaint.

96.     Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96 of the Complaint.

97.     Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 97 of the Complaint insofar as they pertain to Defendant and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations therein.

98.     Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 98 of the Complaint insofar as they pertain to Defendant and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations therein.

99.     Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 99 of the Complaint insofar as they pertain to Defendant and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations therein.

100.     Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 100 of the Complaint insofar as they pertain to Defendant and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations therein.

101.     Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 101 of the Complaint.

102.     Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 102 of the Complaint.

103.     Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 103 of the Complaint.

104.     Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 104 of the Complaint insofar as they pertain to Defendant and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations therein.

105.     Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 105 of the Complaint insofar as they pertain to Defendant and denies knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations therein.

### AS TO THE ALLEGATIONS IN THE FIRST CAUSE OF ACTION

106.     Defendant repeats and reiterates Defendant's responses to the allegations contained in Paragraphs 1 through 105 as if fully set forth herein.

107.    Defendant states that the allegations contained in Paragraph 107 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

108.    Defendant states that the allegations contained in Paragraph 108 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

109.    Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 109 of the Complaint insofar as they pertain to Defendant, and denies knowledge and information sufficient to form a belief as to the truth of the remaining allegations therein.

110.    Defendant states that the allegations contained in Paragraph 110 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

111.    Defendant states that the allegations contained in Paragraph 111 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

112.    Defendant states that the allegations contained in Paragraph 112 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to

Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

113. Defendant states that the allegations contained in Paragraph 113 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

114. Defendant denies the allegations and inferences of unlawful conduct contained in Paragraph 114 of the Complaint insofar as they pertain to Defendant and denies knowledge and information sufficient to form a belief as to the truth of the remaining allegations.

115. Defendant states that the allegations contained in Paragraph 115 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

## AS TO THE ALLEGATIONS IN THE SECOND CAUSE OF ACTION

116. Defendant repeats and reiterates Defendant's responses to the allegations contained in Paragraphs 1 through 115 as if fully set forth herein.

117. Defendant states that the allegations contained in Paragraph 117 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

118. Defendant states that the allegations contained in Paragraph 118 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations

and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

119.   Defendant states that the allegations contained in Paragraph 119 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

120.   Defendant states that the allegations contained in Paragraph 120 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

## AS TO THE ALLEGATIONS IN THE THIRD CAUSE OF ACTION

121.   Defendant repeats and reiterates Defendant's responses to the allegations contained in Paragraphs 1 through 120 as if set forth herein.

122.   Defendant states that the allegations contained in Paragraph 122 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

123.   Defendant states that the allegations contained in Paragraph 123 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

124.   Defendant states that the allegations contained in Paragraph 124 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

125.   Defendant states that the allegations contained in Paragraph 125 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

126.   Defendant states that the allegations contained in Paragraph 126 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

127.   Defendant states that the allegations contained in Paragraph 127 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

128.   Defendant states that the allegations contained in Paragraph 128 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

## AS TO THE ALLEGATIONS IN THE FOURTH CAUSE OF ACTION

129.   Defendant repeats and reiterates Defendant's responses to the allegations contained in Paragraphs 1 through 128 as if set forth herein.

130.   Defendant states that the allegations contained in Paragraph 130 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

131.   Defendant states that the allegations contained in Paragraph 131 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

## AS TO THE ALLEGATIONS IN THE FIFTH CAUSE OF ACTION

132.   Defendant repeats and reiterates Defendant's responses to the allegations contained n Paragraphs 1 through 131 as if set forth herein.

133.   Defendant states that the allegations contained in Paragraph 133 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

134.   Defendant states that the allegations contained in Paragraph 134 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

135.    Defendant states that the allegations contained in Paragraph 135 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

### AS TO THE ALLEGATIONS IN THE SIXTH CAUSE OF ACTION

136.    Defendant repeats and reiterates Defendant's responses to the allegations contained in Paragraphs 1 through 135 as if set forth herein.

137.    Defendant states that the allegations contained in Paragraph 137 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

138.    Defendant states that the allegations contained in Paragraph 138 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

139.    Defendant states that the allegations contained in Paragraph 139 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

### AS TO THE ALLEGATIONS IN THE SEVENTH CAUSE OF ACTION

140.    Defendant repeats and reiterates Defendant's responses to the allegations contained in Paragraphs 1 through 139 as if set forth herein.

141.    Defendant states that the allegations contained in Paragraph 141 of the Complaint consist of legal conclusions to which no responsive pleading is

required and, to the extent a response is required, Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

142.    Defendant states that the allegations contained in Paragraph 142 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

143.    Defendant states that the allegations contained in Paragraph 143 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

144.    Defendant states that the allegations contained in Paragraph 144 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

## AS TO THE ALLEGATIONS IN THE EIGHTH CAUSE OF ACTION

145.    Defendant repeats and reiterates Defendant's responses to the allegations contained in Paragraphs 1 through 144 as if set forth herein.

146.    Defendant states that the allegations contained in Paragraph 146 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

147.    Defendant states that the allegations contained in Paragraph 147 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

148.    Defendant states that the allegations contained in Paragraph 148 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

149.    Defendant states that the allegations contained in Paragraph 149 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

## AS TO THE ALLEGATIONS IN THE NINTH CAUSE OF ACTION

150.    Defendant repeats and reiterates Defendant's responses to the allegations contained in Paragraphs 1 through 149 as if set forth herein.

151.    Defendant states that the allegations contained in Paragraph 151 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

152.    Defendant states that the allegations contained in Paragraph 152 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to

Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

153.   Defendant states that the allegations contained in Paragraph 153 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

154.   Defendant states that the allegations contained in Paragraph 154 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

155.   Defendant states that the allegations contained in Paragraph 155 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

## AS TO THE ALLEGATIONS IN THE TENTH CAUSE OF ACTION

156.   Defendant repeats and reiterates Defendant's responses to the allegations contained in Paragraphs 1 through 155 as if set forth herein.

157.   Defendant denies the allegations contained in Paragraph 157 of the Complaint.

158.   Defendant denies the allegations contained in Paragraph 158 of the Complaint.

159.   Defendant denies the allegations contained in Paragraph 159 of the Complaint.

160.    Defendant states that the allegations contained in Paragraph 160 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

161.    Defendant states that the allegations contained in Paragraph 161 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

162.    Defendant states that the allegations contained in Paragraph 162 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

163.    Defendant states that the allegations contained in Paragraph 163 of the Complaint consist of legal conclusions to which no responsive pleading is required and, to the extent a response is required, Defendant denies the allegations and inferences of unlawful conduct contained therein insofar as they pertain to Defendant and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations contained therein.

164.    Defendant denies each and every other allegation contained in the Complaint not hereinbefore specifically admitted or denied.

## AS TO THE PRAYER FOR RELIEF

165.    Defendant denies the allegations set forth in the WHEREFORE paragraph of the Complaint and further denies that plaintiffs are entitled to any of the relief demanded therein of any relief whatsoever.

## AFFIRMATIVE DEFENSES:

166.    In further answer to the Complaint, Defendant alleges the following affirmative and other defenses upon information and belief.  In asserting these defenses, Defendant does not assume the burden of proof for any issue to which applicable law places the burden of proof on the plaintiffs, and reserves the right to assert additional defenses discovered during the course of litigation.

### FOR A FIRST AFFIRMATIVE DEFENSE, THIS ANSWERING DEFENDANT ALLEGES UPON INFORMATION AND BELIEF:

167.    The Complaint, in whole or in part, fails to state a cause of action upon which relief can be granted.

### FOR A SECOND AFFIRMATIVE DEFENSE, THIS ANSWERING DEFENDANT ALLEGES UPON INFORMATION AND BELIEF:

168.    To the extent plaintiffs can establish liability and damages as against Defendant (which Defendant denies), all or some of the damages must be diminished by reason of the acts, actions, negligence, culpable conduct, failure to mitigate and/or assumption of risk of plaintiffs by no fault of Defendant.

### FOR A THIRD AFFIRMATIVE DEFENSE, THIS ANSWERING DEFENDANT ALLEGES UPON INFORMATION AND BELIEF:

169.    Defendant cannot be held individually liable, in whole or in part, for violations of Title VII of the Civil Rights Act of 1964; the New York State Human Rights Law (Executive Law, Article 15) § 296(1), because Defendant is not plaintiffs' employer under law, and did not aid and abet any other defendant's alleged unlawful conduct.

### FOR A FOURTH AFFIRMATIVE DEFENSE, THIS ANSWERING DEFENDANT ALLEGES UPON INFORMATION AND BELIEF:

170.    Defendant cannot be held individually liable, in whole or in part, for violations of Title IX of the Education Amendments Act of 1972, 20 U.S.C. § 1681 *et*

*seq.*, because Defendant is not an institution or education program, and did not aid and abet any other defendant's alleged unlawful conduct.

<u>FOR A FIFTH AFFIRMATIVE DEFENSE,</u>
<u>THIS ANSWERING DEFENDANT ALLEGES</u>
<u>UPON INFORMATION AND BELIEF</u>:

171.   Plaintiffs' recovery for the alleged claims is barred by equitable defenses, including the applicable doctrines of unclean hands, equitable estoppel, laches, and/or waiver.

<u>FOR A SIXTH AFFIRMATIVE DEFENSE,</u>
<u>THIS ANSWERING DEFENDANT ALLEGES</u>
<u>UPON INFORMATION AND BELIEF</u>:

172.   Plaintiffs are not entitled to punitive damages, attorneys' fees, and costs under the applicable statutes, and plaintiffs otherwise fail to state a claim upon which punitive damages may be awarded against Defendant.

<u>FOR A SEVENTH AFFIRMATIVE DEFENSE,</u>
<u>THIS ANSWERING DEFENDANT ALLEGES</u>
<u>UPON INFORMATION AND BELIEF</u>:

173.   Plaintiffs' claims are barred, in whole or in part, by plaintiffs' failure to satisfy all administrative, procedural, and jurisdictional prerequisites; this Court accordingly lacks subject-matter jurisdiction over plaintiffs' claims.

<u>FOR AN EIGHTH AFFIRMATIVE DEFENSE</u>
<u>THIS ANSWERING DEFENDANT ALLEGES</u>
<u>UPON INFORMATION AND BELIEF</u>:

174.   Plaintiffs claims are barred by the applicable statute of limitations and/or filing periods.

<u>FOR A NINTH AFFIRMATIVE DEFENSE</u>
<u>THIS ANSWERING DEFENDANT ALLEGES</u>
<u>UPON INFORMATION AND BELIEF</u>:

175.   Any violation of the law was due to the affirmative acts and/or omissions of others.  Such acts and/or omissions do not give rise to liability of Defendant or a claim for damages against Defendant.

<u>FOR A TENTH AFFIRMATIVE DEFENSE</u>
<u>THIS ANSWERING DEFENDANT ALLEGES</u>
<u>UPON INFORMATION AND BELIEF</u>:

176.    The damages claimed by plaintiffs are unclear, contingent, and speculative and are therefore not recoverable.

WHEREFORE, Defendant, DONOVAN GLAVIN, demands (1) judgment dismissing the Complaint; (2) that the plaintiff's damages, if any, be diminished in the proportion which the culpable conduct, comparative negligence, assumption of risk, and failure to mitigate attributed to the plaintiffs' claimed damages; (3) an allocation and apportionment of the relative culpabilities of all parties and damages, if any; (4) striking scandalous matters from the complaint, including a derogatory term used to describe Defendant throughout the Complaint; and (5) together with the costs and disbursements of this action; and (5) such other and further relief as this Court deems just and proper.

DATED:      Buffalo, New York
            October 22, 2021

                            ____*/s/Caitlin E. O'Neil*_____
                            Caitlin E. O'Neil, Esq.
                            **CONNORS LLP**
                            *Attorneys for Defendant,*
                            *  Donovan Glavin*
                            1000 Liberty Building
                            Buffalo, New York 14202
                            (716) 852-5533
                            ceo@connorsllp.com