UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**JD1, JD2, and JD3,**

                 **PLAINTIFFS,**

v.

**CANISIUS COLLEGE,
NATHAN HUCKLE, WILLIAM MAHER,
and DONOVAN GLAVIN,**

                 **DEFENDANTS.**

---

**AFFIRMATION OF COUNSEL**

Civil Action No. 21-cv-521-GWC

**BRIAN M. MELBER, ESQ.**, affirms the following under penalty of perjury:

1. I am a member of the law firm of Personius Melber LLP, co-counsel for the Plaintiffs.

2. This Affirmation is submitted in further opposition to the pending motion to dismiss of Defendants Canius College, Nathan Huckle, and William Maher (Doc. 12).

3. Pursuant to the Court's direction during the motion hearing on January 24, 2022, attached hereto as **<u>Exhibit A</u>** is the Plaintiffs' Proposed Amended Complaint.

Dated: Buffalo, New York
        February 7, 2022.

                                              **<u>/s/ Brian M. Melber</u>**
                                              Brian M. Melber, Esq.
                                              PERSONIUS MELBER LLP
                                              *Co-Counsel for Plaintiffs*
                                              2100 Main Place Tower
                                              350 Main Street
                                              Buffalo, NY  14202
                                              (716)  855-1050
                                              bmm@personiusmelber.com