UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JD1, JD2, and JD3,

    Plaintiffs,

vs.

CANISIUS COLLEGE,
NATHAN HUCKLE, WILLIAM MAHER,
and DONOVAN GLAVIN,

    Defendants.

**CASE MANAGEMENT ORDER**

Civil Action No. 21-cv-521-GWC

---

Pursuant to Fed. R. Civ. P. Rule 16(b) and Local Rule 16, it is ORDERED that:

1. In accordance with Section 2.1A of the Plan for Alternative Dispute Resolution[1], this case has been referred to mediation.

2. Motions to opt out of ADR shall be filed no later than **Friday, May 19, 2023.**

3. Compliance with the mandatory disclosure requirements found in Rule 26(a)(1) will be accomplished by no later than **Friday, June 2, 2023.**

4. The parties shall confer and select a Mediator, confirm the Mediator's availability, ensure that the Mediator does not have a conflict with any of the parties in the case, identify a date and time for the initial mediation session, and file a stipulation confirming their selection on the form provided by the Court no later than **Friday June 2, 2023.** If the parties do not file a stipulation confirming their selection of a mediator by this deadline, the Court will select a

---

[1] A copy of the ADR Plan, a list of ADR Neutrals, and related forms and documents can be found at http://www.nywd.uscourts.gov or obtained from the Clerk's Office.

mediator in accordance with Section 5.4(C)(2) of the ADR Plan.

5. All motions to join other parties and to amend the pleadings shall be filed on or before **Monday, June 19, 2023.**

6. The initial mediation session shall be held no later than **Friday, July 28, 2023.**

7. All fact discovery in this case shall conclude on **Monday, April 15, 2024.**

8. Each party intending to offer the testimony of an expert in connection with any issue as to which it bears the burden of proof (including claims, counterclaims, cross-claims or affirmative defenses) shall identify such expert(s) and provide reports pursuant to Rule 26 by no later than **Friday, December 1, 2023.** Each party intending to offer other expert testimony (*i.e.*, testimony in response to expert testimony previously designated by an opposing party, or in support of an issue as to which the offering party does not bear the burden of proof), shall identify such expert(s) and provide reports pursuant to Rule 26 by no later than **Monday, January 15, 2023.**

9. All expert depositions shall be completed by no later than **Wednesday, February 12, 2024.**

10. Pretrial dispositive motions, if any, shall be filed no later than **Thursday, May 23, 2024.** The parties are directed to provide a courtesy copy of all motion papers to the Court.

11. If no pretrial dispositive motions are filed, the parties shall contact chambers by **Friday, June 10, 2024** to schedule a trial date.

12. Mediation sessions may continue, in accordance with Section 5.12 of the ADR Plan, until **Tuesday, April 23, 2024.** The continuation of mediation sessions shall not delay or defer other dates set forth in this Scheduling Order.

2

In Re: JD1 et v. Cansius College et alCase No. 1:21-CV-521

**SO ORDERED**

Dated: 4/21/23

GEOFFREY W. CRAWFORD
United States District Judge

3