UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JD1, JD2, and JD3,<br><br>        Plaintiffs,<br><br>vs.<br><br>CANISIUS COLLEGE, NATHAN HUCKLE, WILLIAM MAHER, and DONOVAN GLAVIN,<br><br>        Defendants. | **STIPULATION SELECTION OF MEDIATOR**<br><br>Case No. 1:21-cv-00521-GWC |

IT HEREBY IS STIPULATED AND AGREED, by and between counsel for all parties to this action that Steven V. Modica, Esq. has been selected, contacted and has agreed to serve as Mediator for this action.

IT IS FURTHER STIPULATED AND AGREED, in consultation with the Mediator, that the initial mediation session will be held on October 12, 2023 at 9:30 a.m. in Rochester, New York.

IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation session in good faith and confer with the Mediator regarding the scheduling of additional conference(s), bearing in mind the deadline for the completion of ADR set for the in the Court's Scheduling Order.

Dated:  September 27, 2023

| | |
|---|---|
| LAW OFFICE OF LINDY KORN, PLLC<br><br>By:   s/ Lindy Korn<br>        Lindy Korn<br>        Catherine McCulle<br>*Attorneys for Plaintiff*<br>Electric Tower<br>535 Washington Street, Ninth Floor<br>Buffalo, New York 14203<br>(716) 856-5676<br>lkorn@lkorn-law.com<br>cmcculle@lkorn-law.com | WARD GREENBERG HELLER &<br>  REIDY LLP<br><br>By:   s/ Joshua M. Agins<br>        Joshua M. Agins<br>        Thomas S. D'Antonio<br>*Attorneys for Defendants Canisius College,*<br>  *Nathan Huckle and William Maher*<br>1800 Bausch & Lomb Place<br>Rochester, New York 14604<br>(585) 454-0700<br>jagins@wardgreenberg.com<br>tdantonio@wardgreenberg.com |
| PERSONIUS MELBER LLP<br><br>By:   s/ Brian Melber<br>        Brian M. Melber<br>*Attorneys for Plaintiff*<br>2100 Main Place Tower<br>Buffalo, New York 14202<br>(716) 855-1050<br>bmm@personiusmelber.com | LIPPES MATHIAS LLP<br><br>By:   s/ Scott S. Allen<br>        Scott S. Allen<br>        Carmen A. Vacco<br>*Attorneys for Defendant Donovan Glavin*<br>50 Fountain Plaza, Suite 1700<br>Buffalo, New York 14202<br>(716) 853-5100<br>sallen@lippes.com<br>cvacco@lippes.com |