UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

                      Plaintiff(s),

                                ***MEDIATION CERTIFICATION***

                                _____ - cv - _____

             v.

                      Defendant(s).

_____

I hereby certify that:

☐ The mediation session scheduled for_____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☐ Mediation session was held on _____.

    ***Case has settled.*** (Comment if necessary).

    ***Case has settled in part.*** (Comment below). Mediation will continue on_____.

    ***Case has settled in part.*** (Comment below). Mediation is complete.

    ***Case has not settled.*** Mediation will continue on _____.

    ***Case has not settled.***

***Date:*** _____                  ***Mediator:*** /S/ Steven V. Modica _____

***Additional Comments:***
_____
_____
_____