UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JD1, JD2, and JD3,

        Plaintiffs,

vs.

CANISIUS COLLEGE, NATHAN HUCKLE, WILLIAM MAHER, and DONOVAN GLAVIN,

        Defendants.

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Case No. 1:21-cv-00521-GWC

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs, JD1, JD2 and JD3, and or their counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice and without costs against the Defendants, Canisius College (now Canisius University), Nathan Huckle, William Maher, and Donavan Glavin.

Dated: January 16, 2024

LAW OFFICE OF LINDY KORN PLLC

By:  *s/ Lindy Korn*
    Lindy Korn
    Catherine McCulle
Electric Tower
535 Washington Street, Ninth Floor
Buffalo, New York 14203
(716) 856-5676 X5
(716) 507-8475
lkorn@lkorn-law.com
cmcculle@lkorn-law.com
*Attorneys for Plaintiffs*

Dated: January 4, 2024

HODGSON RUSS LLP

By:  *s/ Joshua M. Agins*
    Thomas S. D'Antonio
    Joshua M. Agins
1800 Bausch & Lomb Place
Rochester, New York 14604
(585) 454-0700
tdantonio@hodgsonruss.com
jagins@hodgsonruss.com
*Attorneys for defendants Canisius University, Nathan Huckle, and William Maher*

2

| | |
|---|---|
| Dated: January 17, 2024 | Dated: January 16, 2024 |
| PERSONIUS MELBER LLP | LIPPES MATHIAS LLP |
| By:    *s/ Brian M. Melber*<br>        Brian M. Melber<br>2100 Main Place Tower<br>Buffalo, New York 14202<br>(716) 855-1050<br>bmm@personiusmelber.com<br>*Attorneys for Plaintiffs* | By:    *s/ Scott S. Allen, Jr.*<br>        Scott S. Allen, Jr.<br>        Carmen Vacco<br>50 Fountain Plaza, Suite 1700<br>Buffalo, New York 14202<br>(716) 853-5100<br>coneil@lippes.com<br>sallen@lippes.com<br>cvacco@lippes.com<br>*Attorneys for Defendant Donovan Glavin* |