UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JD1, JD2, and JD3,

        Plaintiffs,

vs.

CANISIUS COLLEGE, NATHAN HUCKLE, WILLIAM MAHER, and DONOVAN GLAVIN,

        Defendants.

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**CORRECTED TO REFLECT VOLUNTARY DISMISSAL _WITH_ PREJUDICE**

Case No. 1:21-cv-00521-GWC

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs, JD1, JD2 and JD3, and or their counsel hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice and without costs against the Defendants, Canisius College (now Canisius University), Nathan Huckle, William Maher, and Donavan Glavin.

Dated: January 16, 2024

LAW OFFICE OF LINDY KORN PLLC

By:  *s/ Lindy Korn*
      Lindy Korn
      Catherine McCulle
Electric Tower
535 Washington Street, Ninth Floor
Buffalo, New York 14203
(716) 856-5676 X5
(716) 507-8475
lkorn@lkorn-law.com
cmcculle@lkorn-law.com
*Attorneys for Plaintiffs*

Dated: January 4, 2024

HODGSON RUSS LLP

By:  *s/ Joshua M. Agins*
      Thomas S. D'Antonio
      Joshua M. Agins
1800 Bausch & Lomb Place
Rochester, New York 14604
(585) 454-0700
tdantonio@hodgsonruss.com
jagins@hodgsonruss.com
*Attorneys for defendants Canisius University, Nathan Huckle, and William Maher*

Dated: January 17, 2024                                    Dated: January 16, 2024

PERSONIUS MELBER LLP                          LIPPES MATHIAS LLP


By:     *s/ Brian M. Melber*                                By:     *s/ Scott S. Allen, Jr.*
        Brian M. Melber                                             Scott S. Allen, Jr.
2100 Main Place Tower                              Carmen Vacco
Buffalo, New York 14202                            50 Fountain Plaza, Suite 1700
(716) 855-1050                                     Buffalo, New York 14202
bmm@personiusmelber.com                            (716) 853-5100
*Attorneys for Plaintiffs*                         coneil@lippes.com
                                                   sallen@lippes.com
                                                   cvacco@lippes.com
                                                   *Attorneys for Defendant Donovan Glavin*